IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JUDITH R. WALKER,** | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3059 |
| | ) | |
| vs. | ) | |
| | ) | |
| **JO ANNE B. BARNHART,** | ) | **ORDER** |
| **Commissioner of the Social Security Administration,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on appeal of a decision by the Commissioner of the Social Security Administration. The Commissioner has filed an Answer and the record of administrative proceedings below. Accordingly, the case shall be progressed.

IT IS ORDERED:

1. For record keeping purposes, this case will be docketed **as if** cross-motions for summary judgment have been filed. The parties need **not file** motions for summary judgment pursuant to Federal Rule of Civil Procedure 56;

2. The Clerk of the Court is directed to make appropriate entries in the Court's electronic system to enable the undersigned's motion list to reflect pending cross-motions for summary judgment and any other deadlines set forth in this Order;

3. The Plaintiff shall file and serve a brief on or before **August 29, 2005**;

4. The Defendant shall file and serve a brief on or before **September 29, 2005**;

5. This case will be ripe for decision on **September 30, 2005**; and

6. Each party shall, in addition to electronically filing and serving its brief, also e-mail its brief to chambers, preferably in WordPerfect format, at the following e-mail address: smithcamp@ned.uscourts.gov.

DATED this 27th day of July, 2005

BY THE COURT:
s/ Laurie Smith Camp
United States District Judge