IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUDITH R. WALKER, ) | |
| ) | CIVIL NO. 4:05CV3059 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| JO ANNE B. BARNHART, ) | |
| COMMISSIONER of the SOCIAL ) | |
| SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the Plaintiff's motion for an extension of time to file her brief (Filing No. 8). Counsel for the Commissioner has advised the Court that she has no objection to the request.

IT IS ORDERED:

1. The Plaintiff's motion for extension of time (Filing No. 8) is granted; and

2. The Plaintiff shall submit her brief on or before September 28, 2005.

DATED this 29th day of August, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge